# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3122

_____

Jodene LaRue,                  *
                               *
         Appellant,          *
                               *   Appeal from the United States
    v.                        *   District Court for the
                               *   Eastern District of Arkansas.
Denso Manufacturing Arkansas, Inc.,    *
                               *   [UNPUBLISHED]
         Appellee.          *

_____

Submitted: March 15, 2010
Filed: March 18, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Jodene LaRue appeals the district court's[1] dismissal in part, and adverse grant of summary judgment in part, of her employment-discrimination suit against Denso Manufacturing Arkansas, Inc. (Denso). Upon de novo review, see Great Plains Trust Co. v. Union Pac. R.R. Co., 492 F.3d 986, 990 (8th Cir. 2007) (dismissal); Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (summary judgment), we conclude that both the dismissal of LaRue's age-discrimination claim and the grant of summary

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

judgment to Denso on her remaining claims were proper for the reasons the district court stated.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____